```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MEIR BABAEV and MICHAEL ARBIV,            :
                                          :
                Plaintiffs,               :      ORDER ADOPTING REPORT
                                          :       AND RECOMMENDATION
        -against-                         :       03-CV-5076 (DLI) (WDW)
                                          :
RICHARD GROSSMAN, RICHARD STUART,         :
CATERERS, LTD., and RICHARD STUART        :
KOSHER CATERERS, LTD.,                    :
                                          :
                Defendants.               :
----------------------------------------------------------------x
```

**DORA L. IRIZARRY, United States District Judge:**

It appears that no objections have been filed to the Report and Recommendation of the Honorable William D. Wall, U.S.M.J., dated December 10, 2008; and,

Upon due consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that default judgment be entered against defendants Richard Stuart Caterers, Ltd. and Richard Stuart Kosher Caterers, Ltd. Requests for damages and costs, if any, are to be referred to the Magistrate Judge for calculation.

SO ORDERED.

DATED:   Brooklyn, New York
         January 9, 2009

                                        _____/s/_____
                                            DORA L. IRIZARRY
                                          United States District Judge